OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 6, 2004

TO: Kashawn Weston
SBI#264279
DCC
1181 Paddock Road
Smyrna, DE 19977

RE: CA 07-835 JJF - Deficiency RE: AEDPA Election Form

Dear Mr. Weston:

Your AEDPA Election form was received on 4/7/08, however it must be returned to you for signature (as Petitioner).

Once you have signed the second page of the election form please return it the Clerk's office, 844 N. King Street, Lockbox 18, Wilmington, DE 19801, for docketing.

Peter T. Dalleo
Clerk

cc:  The Honorable Joseph J. Farnan, Jr.,  CA 07-835 JJF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KASHAWN WESTON,                :
                               :
         Petitioner,           :
                               :
v.                             :   Civil Action No. 07-835-JJF
                               :
PERRY PHELPS,                  :
Warden, and ATTORNEY           :
GENERAL OF THE STATE           :
OF DELAWARE,                   :
                               :
         Respondents.          :



## AEDPA ELECTION FORM



1.  __√__     I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3.  _____  I wish to withdraw my § 2254 petition

without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.


_____
Petitioner

