IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KASHAWN WESTON,  :
        Petitioner,  :
                                 :
v.  :  Civil Action No. 07-835-JJF
                                 :
PERRY PHELPS,  :
Warden, and ATTORNEY  :
GENERAL OF THE STATE  :
OF DELAWARE,  :
        Respondents.  :

### AEDPA ELECTION FORM

1. __✓__    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition

        without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner

IM Kashawn Weston
SBI# 264229 UNIT C-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



office of the clerk
United states district
court 844 King street.
Lockbox 18 wilmington, DE
19801-3570



WILMINGTON DE 197
21 APR 2008 PM 2 T