D.I. #_____

# CIVIL ACTION
# NUMBER: 07CV 835 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
7005 1820 0004 3169 6336
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.68 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.50 |

Postmark Here

Sent To: LOREN MEYERS  07CV835 JJF
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, June 2002     See Reverse for Instructions