D.I. #_____

# CIVIL ACTION
# NUMBER: 07CV 835 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage                 $  168
Certified Fee              265
Return Receipt Fee         215
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $  6.58

                            07CV835JJF
Sent To
         WARDEN PERRY PHELPS
Street, Apt. No.;
or PO Box No.  DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4  1181 PADDOCK ROAD
               SMYRNA DE 19977
PS Form 3800, June 2002          See Reverse for Instructions
```

7005 1820 0004 3169 6329