D.I. # _____

# CIVIL ACTION NUMBER: 07cv835

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _me_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M. LAMON |
| 1. Article Addressed to:<br><br>**WARDEN PERRY PHELPS**<br>**DELAWARE CORRECTIONAL CENTER**<br>**1181 PADDOCK ROAD**<br>**SMYRNA DE 19977** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type  07cv 835 JJF<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3169 6329 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

FILED
2008 MAY 21 PM 3:45
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE