D.I. #_____

# CIVIL ACTION NUMBER: 07-835

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .59 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.49 |

Sent To: Warden Perry Phelps
Street, Apt. No. or PO Box No.: James T. Vaughn Corr. Center
City, State, ZIP+4: 1181 Paddock Road
Smyrna, DE 19977

PS Form 3800, August 2006        See Reverse for Instructions

