D.I. # _____

# CIVIL ACTION
# NUMBER: 07 CV 835  JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

07-CV835JJF

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Perry Phelps
James T. Vaughn Corr. Center
1181 Paddock Road
Smyrna, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_____                    7/12/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 3020 0002 3324 6524

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540