IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KASHAWN WESTON, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>PERRY PHELPS, Warden, )<br>and ATTORNEY GENERAL OF THE )<br>STATE OF DELAWARE, )<br>)<br>Respondents ) | Civ. Act. No. 07-835-JJF |

### NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Supreme Court documents:

1. Case No. 433, 2003:

    a. Opening brief and appendix

    b. Answering brief and appendix

    c. Order (July 2, 2004)

    2. Case No. 96, 2006:

        a. Opening brief and appendix

        b. Answering brief and appendix

        c. Order (Jan. 11, 2007)

                /s/ **LOREN C. MEYERS**
                Loren C. Meyers
                Deputy Attorney General
                Criminal Division
                Department of Justice
                820 N. French Street
                Wilmington, DE 19801
                (302) 577-8500
                Del. Bar ID 2210

August 25, 2008        loren.meyers@state.de.us

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on August 25, 2008,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Kashawn Weston
No. 264279
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE  19977

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

3. He caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

/s/ **LOREN C. MEYERS**
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us